FILED
2-8-08
FEB 08 2008
MAGISTRATE JUDGE MARIA VALDEZ
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
) No. 08CR 0121
v. )
) MAGISTRATE JUDGE VALDEZ
ELVIN RATLIFF )

### GOVERNMENT'S MOTION TO SEAL COMPLAINT, ARREST WARRANT

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that this criminal complaint, supporting affidavit, and arrest warrant be sealed until March 1, 2008.

In support of its motion, the government states that disclosure of the information contained in this arrest warrant and supporting affidavit could disclose the existence of the government's investigation to others, and endanger agents' safety by making the defendant and others associated with them aware of the issuance of this warrant, thus hindering the ability to conduct a safe arrest of the named defendant. The government requests the arrest warrant be placed under seal for a period ending March 1, 2008, or until otherwise ordered by the Court.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: JOHN P. DEVER
Assistant U.S. Attorney
219 South Dearborn, Rm. 500
Chicago, Illinois 60604
(312) 353-8728