# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 121 | **DATE** | 2/8/2008 |
| **CASE TITLE** | USA vs. Elvin Ratliff | | |

**DOCKET ENTRY TEXT**

ARREST WARRANT issued as to Elvin Ratliff.   Government's motion to seal complaint, arrest warrant and affidavit is granted until 3/1/08 or until otherwise ordered by the Court.

■ [ For further detail see separate order(s).]

| | Courtroom Deputy Initials: | yp |
|---|---|---|