UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 121 |
| v. | ) | |
| | ) | |
| ELVIN RATLIFF | ) | MAGISTRATE JUDGE VALDEZ |
| | ) | |
| | ) | |

## ORDER

This matter having come before the Court on the *ex parte* motion of the United States for placing the complaint, arrest warrant, and affidavit in support thereof under seal, the Court finds that disclosure of the information contained in these documents could disclose the existence of the government's investigation to others, and endanger agents' safety. It is hereby:

ORDERED that the complaint, arrest warrant, and affidavit in support thereof be placed under seal for a period ending March 1, 2008, or until otherwise ordered by the Court.

_____
MARIA VALDEZ
United States Magistrate Judge

February 8, 2008
Dated