# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Maria Valdez | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 121 | **DATE** | 3/6/2008 |
| **CASE TITLE** | USA vs. Elvin Ratliff | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Elvin Ratliff appears in response to arrest on 03/05/08. Defendant waives the 17 hour rule. Defendant informed of his rights. The Court finds the defendant is unable to afford counsel. Enter Order appointing Rose Lindsay from the Federal Defender Program as counsel for defendant. Government and defendant agree on certain conditions of release. Enter Order Setting Conditions of Release. Defendant waives his right to preliminary examination. The court finds probable cause and orders the defendant bound to the District Court for further proceedings. Defendant shall be released after processing. Government's oral motion to unseal the complaint is granted.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:20

| | Courtroom Deputy Initials: | NTF |
|---|---|---|