UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JUDGE KENDALL**

**MAGISTRATE JUDGE VALDEZ**

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | No. 08 CR 121 |
| v. | ) | |
| | ) | Violation: Title 18, United States Code, |
| ELVIN RATLIFF | ) | Section 472 |

**FILED**

**JN APR X 3 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about October 2, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

ELVIN RATLIFF,

defendant herein, did sell, exchange, transfer, and deliver false, forged, counterfeited, and altered obligations of the United States, namely, five thousand dollars ($5000) in counterfeit Federal Reserve notes in denominations of one hundred dollars ($100), with intent that they be passed, published and used as true and genuine;

In violation of Title 18, United States Code, Section 472.

## COUNT TWO

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about October 5, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

ELVIN RATLIFF,

defendant herein, did sell, exchange, transfer, and deliver false, forged, counterfeited, and altered obligations of the United States, namely, eight thousand dollars ($8000) in counterfeit Federal Reserve notes in denominations of one hundred dollars ($100), with intent that they be passed, published and used as true and genuine;

In violation of Title 18, United States Code, Section 472.

## COUNT THREE

The SPECIAL JUNE 2007 GRAND JURY further charges:

On or about November 2, 2007, at Chicago, in the Northern District of Illinois, Eastern Division,

ELVIN RATLIFF,

defendant herein, did sell, exchange, transfer, and deliver false, forged, counterfeited, and altered obligations of the United States, namely, ten thousand dollars ($10,000) in counterfeit Federal Reserve notes in denominations of one hundred dollars ($100), with intent that they be passed, published and used as true and genuine;

In violation of Title 18, United States Code, Section 472.

A TRUE BILL:

_____

FOREPERSON

_____

UNITED STATES ATTORNEY