Minute Order Form (rev. 4/99)

07 GJ 918 

# MAGISTRATE JUDGE VALDEZ
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE KENDALL** | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 CR 0121 | DATE | APRIL 3, 2008 |
| CASE TITLE | US v. ELVIN RATLIFF | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd - party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING

**SPECIAL JUNE 2007**

The Grand Jury for the _____ Session, a quorum being present, returns the above entitled indictment in open Court this date before

Judge or Magistrate Judge _____

**Docket Entry:**

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

**RECEIVED**

APR 03 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                      UNDER SEAL)

| | | | Number of notices | DOCKET # |
|---|---|---|---|---|
| No notices required, advised in open court. | | | Date docketed | |
| No notices required. | | | Docketing dpty. initials | |
| Notices mailed by judge's staff. | | | | |
| Notified counsel by telephone. | | | Date mailed notice | |
| Docketing to mail notices | | | | |
| Mail AO 450 form. | | | Mailing dpty. initials | |
| Copy to judge/magistrate judge. | | | | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | | | |