# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 121 | **DATE** | April 14, 2008 |
| **CASE TITLE** | USA v. Elvin Ratliff | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant enters a plea of not guilty to all counts of the Indictment filed 4/03/2008. Parties to hold 16.1(a) conference by 4/28/008. Pretrial motions shall be filed by or on 5/28/2008; responses due 6/11/2008; replies due 6/18/2008. Status hearing set for 6/9/2008 at 1:30 PM. Defendant to abide by conditions of release as set by the Magistrate Judge. Defendant not objecting, time is excluded under 18 USC § 3161(h)(1)(F) for filing and review of pretrial motions through and including 6/9/2008.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | KW |
|---|---|---|