## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                                      Case No.: 1:08−cr−00121
                                                        Honorable Virginia M. Kendall

Elvin Ratliff
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 9, 2008:

  MINUTE entry before the Honorable Virginia M. Kendall:as to Elvin Ratliff: Status hearing held and continued to 7/10/2008 at 01:30 PM. Enter excludable delay for the period of 6/9/2008 through 7/10/2008 pursuant to 18 USC 3161(h)(8)(B)(iv). Advised in open court (jms, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.