UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| | ) | No.  08 CR 121 |
| | ) | |
| UNITED STATES OF AMERICA | ) | Violation:  Title 18, United States Code, |
| | ) | Section 473 |
| v. | ) | |
| | ) | Hon. Virginia Kendall |
| ELVIN RATLIFF | ) | **MAGISTRATE JUDGE VALDEZ** |
| | ) | **Superseding Information** |

## COUNT ONE

The UNITED STATES ATTORNEY charges:

On or about November 2, 2007, at South Holland, in the Northern District of Illinois,

Eastern Division,

ELVIN RATLIFF,

defendant herein, did sell, exchange, transfer, and deliver false, forged, counterfeited, and

altered obligations of the United States, namely, approximately ten thousand dollars

($10,000) in counterfeit Federal Reserve notes in denominations of one hundred dollars

($100), with intent that they be passed, published and used as true and genuine;

In violation of Title 18, United States Code, Section 473.

# FILED

AUG 2 2 2008  TC

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

_____
UNITED STATES ATTORNEY