UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 08 CR 121 |
| | ) | |
| ELVIN RATLIFF | ) | JUDGE KENDALL |
| | ) | MAGISTRATE JUDGE VALDEZ |
| | ) | |

GOVERNMENT'S DECLARATION REGARDING GRAND JURY
SUBPOENAS PURSUANT TO LOCAL CRIMINAL RULE 1.04(d)

Now comes the UNITED STATES OF AMERICA, through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and pursuant to Rule 1.04(d) of the Local Criminal Rules for the Northern District of Illinois, states as follows:

1. No grand jury subpoenas were issued relating to the indictment returned in the above-captioned case.

Respectfully,

PATRICK J. FITZGERALD
United States Attorney

By: _____
Renai S. Rodney
Assistant U.S. Attorney

FILED
AUG 2 2 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Date: 8-21-08