Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Virginia M. Kendall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 121 | **DATE** | 8/25/2008 |
| **CASE TITLE** | USA vs. Elvin Ratliff | | |

**DOCKET ENTRY TEXT**

Arraignment as to the superseding information held. Enter a waiver of indictment. The defendant enters a plea of guilty to the superseding information. Defendant informed of his rights. Plea hearing held. Enter a finding of guilty. Enter plea agreement. Cause referred to the probation office for a presentence investigation. Sentencing set for 12/02/08 at 1:30 p.m. Order bond to stand. All dates set in open court regarding sentencing memorandum and opposition to stand.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:20



| | | Courtroom Deputy Initials: | JD |
|---|---|---|---|