AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

ELVIN RATLIFF

**WAIVER OF INDICTMENT**

**CASE NUMBER:** 08 CR 121

I, ELVIN RATLIFF, the above-named defendant, who is accused of, on or about November 2, 2007, at South Holland, in the Northern District of Illinois, Eastern Division, selling, exchanging, transferring, and delivering false, forged, counterfeited, and altered obligations of the United States, namely, approximately ten thousand dollars ($10,000) in counterfeit Federal Reserve notes in denominations of one hundred dollars ($100), with intent that they be passed, published and used as true and genuine, in violation of Title 18, United States Code, Section 473, being advised of the nature of the charge(s), the proposed superseding information, and of my rights, hereby waive in open court on August 25, 2008, prosecution by indictment and consent that the proceeding may be by superseding information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer

FILED
8-25-2008
AUG 25 2008
JUDGE JOHN F. GRADY
United States District Court